IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION )
FUND, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 1:09-cv-931
)
GRISWOLD REFRIGERATION, INC., )
)
Defendant. )
)

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 9, 2010. There have been no objections filed to the Report and Recommendations. Based on a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby

ORDERED that judgment is entered against Defendant on Count I in the amount of $10,188.12, which includes an award of delinquent contributions ($6,937.61), liquidated damages ($693.76), interest accrued through July 23, 2010 ($870.46), attorney's fees ($1,070.00), and costs ($616.29), with interest

accruing at the rate of 12% from July 23, 2010 until paid.

>                                       /s/
>                               Claude M. Hilton
>                               United States District Judge

Alexandria, Virginia
October 26, 2010